UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WARNER CHILCOTT CO., LLC, et al.,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **AMNEAL PHARMACEUTICALS, LLC, et al.,** <br><br> **Defendants.** | Civil Action No. 11-5989 (FSH) |
| **WARNER CHILCOTT CO., LLC, et al.,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **TEVA PHARMACEUTICALS USA, INC.,** <br><br> **Defendant.** | Civil Action No. 11-6936 (FSH) |
| **WARNER CHILCOTT CO., LLC, et al.,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **RANBAXY INC., et al.,** <br><br> **Defendants.** | Civil Action No. 12-2474 (FSH) <br><br><br> **ORDER ON DEFENDANTS'** <br> **MOTION TO AMEND** |

**THIS MATTER** having come before the Court upon joint motions to amend Defendants' Answers and Counterclaims, seeking leave to add a claim for inequitable conduct before the Patent and Trademark Office ("PTO") relating to the applications of the patents-in-suit; and the motions having been made in three actions consolidated for pretrial purposes; and Defendants Amneal Pharmaceuticals, LLC and Amneal Pharmaceuticals of New York, LLC (hereinafter "Amneal") in Civil Action No. 11-5989 having filed the motion at Docket Entry No.

131;[1] and Defendants Teva Pharmaceuticals USA, Inc., in Civil Action No. 11-6936 having filed the motion at Docket Entry No. 135; and Defendants Ranbaxy Inc., and Ranbaxy Laboratories Limited (hereinafter "Ranbaxy"), in Civil Action No. 12-2474, having filed the motion at Docket Entry No. 95; and Plaintiffs, Warner Chilcott Co., LLC, and Warner Chilcott (US), LLC, ("Plaintiffs") having opposed the motion on the grounds of futility; and the Court having considered Defendants' motions without oral argument pursuant to L.Civ.R. 78.1(b); and for the reasons set forth in the Court's Memorandum Opinion accompanying this Order, and for good cause shown,

**IT IS** on this **19**th day of **November, 2013,**

**ORDERED** that Defendants Amneal, Teva, and Ranbaxy's motions for leave to amend are **DENIED**; and it is further

**ORDERED** that the aforementioned Opinion shall be filed under temporarily seal.  The parties are directed to review the Opinion and confer on a redacted version of the Opinion to be made public; and it is further

**ORDERED** that the Clerk's office shall terminate the motions at Docket Entry No. 131 in Civil Action No. 11-5989; Docket Entry No. 135 in Civil Action No. 11-6936, and Docket Entry No. 95 in Civil Action No. 12-2474.

  s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**

---

[1] This motion was originally brought by Watson Laboratories, Inc., - Florida.  The underlying ANDA was transferred to Amneal.  Amneal has been substituted as the real part in interest.