IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and WARNER CHILCOTT (US), LLC<br><br>Plaintiffs,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS, LLC and AMNEAL PHARMACEUTICALS OF NEW YORK, LLC<br>Defendants. | No. 11-cv-5989 (FSH/JBC)<br><br>**STIPULATED FINAL JUDGMENT AND ORDER** |

On consent of plaintiffs Warner Chilcott Company, LLC, and Warner Chilcott (US), LLC (collectively "Warner Chilcott") and defendants Amneal Pharmaceuticals, LLC, and Amneal Pharmaceuticals of New York, LLC (collectively "Amneal"), final judgment is hereby entered as follows:

1. The Parties have entered into an agreement settling their respective disputes and claims in this case ("Settlement Agreement").

2. The asserted claims of the patents in suit (U.S. Patent Nos. 7,645,459; 7,645,460; and 8,246,989) are not invalid and are not unenforceable in this litigation, and the filing of Abbreviated New Drug Application No. 203090 was an act of infringement by Amneal under 35 U.S.C.§ 271(e)(2), and the manufacture, sale, use, importation and offer for sale of the Amneal Product described therein would constitute further infringements except as provided in the Settlement Agreement.

3. Unless permitted by license, Amneal, its officers, directors, agents, and others in active concert and participation with it who receive actual notice of this judgment by personal service or otherwise, shall be and hereby are permanently enjoined and restrained from infringing claims of the patents in suit during the terms of each patent, by making, using, selling, offering for sale, or importing the products/recited in paragraph 2 above.

4. This is a final judgment that resolves all issues in this case, and the case is dismissed with prejudice. The Clerk is requested to mark this case as closed. To the extent that

any claim, counterclaim, or defense is not expressly recited and resolved in this judgment, it is dismissed with prejudice. All pending motions are dismissed as moot.

5. The parties shall bear their own costs and attorneys' fees.

6. ~~The Court retains jurisdiction for purposes of enforcing the terms of the Settlement Agreement and this Order.~~ The Court will determine at a later date whether to retain jurisdiction

SO ORDERED

Hon. Faith S. Hochberg, U.S.D.J.

Dated: July 7, 2014

The undersigned counsel for Warner Chilcott and Amneal hereby consent to the form and entry of the foregoing judgment:

/s/ William J. O'Shaughnessy
William J. O'Shaughnessy
Cynthia S. Betz
Ravin R. Patel
**MCCARTER & ENGLISH LLP**
Four Gateway Center, 100 Mulberry Street
Newark, New Jersey 07102
Telephone:  (973) 622-4444
Facsimile:   (973) 624-7070

George F. Pappas (*pro hac vice*)
Jeffrey B. Elikan (*pro hac vice*)
Eric Sonnenschein (*pro hac vice*)
**COVINGTON & BURLING LLP**
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: 202-662-6000
Fax: 202-778-6000

*Attorneys for Plaintiffs Warner Chilcott Company, LLC and Warner Chilcott (US), LLC*

/s/ Andrew Miller
Andrew Miller
Alan Pollack
Michael Choi
**BUDD LARNER PC**
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703
Phone 973-379-4800
Fax 973-379-7734

*Attorneys for Defendants Amneal Pharmaceuticals LLC and Amneal Pharmaceuticals of New York LLC*